# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHERINE MADDEN**, *Plaintiff* <br><br> v. <br><br> **CANUS CORPORATION, et al.**, *Defendants* | Case No. 2:19-cv-01632-JDW |

# ORDER

**AND NOW**, this 3rd day of December, 2019, upon consideration of Defendant Canus Corporation's Motion to Dismiss (ECF No. 19) and Plaintiff's Response in Opposition (ECF No. 21), and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** that Canus' Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1) Canus' Motion is **GRANTED** with respect Plaintiff's claims for violations of the Pennsylvania UTPCPL and 42 U.S.C. § 1985(3). Thus, the claims set forth in Counts VI and XV of Plaintiff's Amended Complaint are **DISMISSED WITH PREJUDICE**;

2) Canus' Motion is **GRANTED** with respect to Plaintiff's claims for intentional and negligent misrepresentation. However, the Court grants Plaintiff leave to amend these claims within two weeks if she has a good faith basis to do so. Thus, the claims set forth in Counts VII and VIII are **DISMISSED WITHOUT PREJUDICE**; and

3) Canus' Motion is **DENIED** with respect to the remaining claims against Canus in Counts I-V of the Amended Complaint, as set forth in the Court's Memorandum.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.